—0—

FILED
CLERK, U.S. DISTRICT COURT
NOV 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>Moises Muñoz Bello,<br>    Defendant. | 2:00-CR-969-RSWL<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) [X] the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will refrain from criminal conduct or obey conditions of release

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will obey conditions; also, △ has illegal status + no bail resources.

IT IS ORDERED that defendant be detained.

DATED: 11/15/10

*/s/ SH Segal*
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2